ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
RICHARD G. STACK (SBN 139302)
Assistant United States Attorney
   Room 7211, Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-2455
   Facsimile: (213) 894-0115
   Email: Richard.Stack@usdoj.gov

Attorneys for Defendant, the
United States of America (named as "the
alleged United States central government")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN J. LINDSEY, PATRICIA L. LINDSEY,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE ALLEGED UNITED STATES CENTRAL GOVERNMENT,<br><br>        Defendant. | Case No. SA CV 11-0588-DOC(Ex)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Present Scheduling Conference –<br>Date: September 19, 2011<br>Time: 8:30 a.m.<br>Ctrm: "9-D," Ninth Floor<br>      411 W. 4th Street<br>      Santa Ana, CA<br><br>Proposed Continued Scheduling Conference –<br>Date: October 17, 2011 @ 8:30 a.m.<br><br>[Hon. David O. Carter] |

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiffs Stephen J. Lindsey and Patricia L. Lindsey ("plaintiffs" or "the Lindseys"), and defendant, the United States of America, named in the Verified Complaint as "the

alleged United States central government" ("United States" or "defendant"), that the Scheduling Conference, presently set for September 19, 2011, at 8:30 a.m., be continued for four (4) weeks until October 17, 2011, at 8:30 a.m., or to the Court's next available date thereafter.

In support of this stipulation, the parties state as follows:

1.  This is the parties' first request for a continuance of the Scheduling Conference.

2.  The purpose of this Stipulation is to allow the Court to hold a hearing and/or make a determination on the Notice of Motion and Motion to Dismiss Plaintiffs' Verified Complaint ("Motion to Dismiss"), which defendant filed on August 4, 2011, and is presently scheduled for hearing on September 12, 2011, at 8:30 a.m., prior to the Scheduling Conference presently set for September 19, 2011, at 8:30 a.m. The parties wish to obviate the need to meet and confer pursuant to the "Order Setting Scheduling Conference" and to prepare for and appear at the Scheduling Conference until after the Court has made a determination on defendant's Motion to Dismiss.

3.  This Stipulation is not being made for the purpose of delay. Rather, the parties believe that the requested continuance of the Scheduling Conference would serve the interest of judicial economy and may limit unnecessary litigation.

///
///
///
///
///
///
///
///
///

4. Accordingly, the parties respectfully request that the Court approve this Stipulation and continue the Scheduling Conference until October 17, 2011, at 8:30 a.m., or to the Court's next available date thereafter.

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DATED: 8/30/2011

RICHARD G. STACK
Assistant United States Attorney

Attorneys for Defendant, the United States of America (named as "the alleged United States central government")

DATED: 9/1/2011

STEPHEN J. LINDSEY
Plaintiff in *pro per*

DATED: 9/1/2011

PATRICIA L. LINDSEY
Plaintiff in *pro per*

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **September 8, 2011**, I served

Stipulation to Continue Scheduling Conference

person and entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

SEE ATTACHED.

Date of mailing: **September 8, 2011.**

Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 8, 2011,** Los Angeles, California.

MARIA LUISA Q. BULLARD

## SERVICE LIST

Stephen J. Lindsey, et al. v. The Alleged United States Central Gov't
Case No. SA CV 11-588-DOC(Ex) (USDC C.D. Cal.)

Plaintiffs:

Stephen J. Lindsey
Patricia L. Lindsey
9871 Stanford Avenue
Garden Grove, CA 92841-4948


Courtesy Copies:

Eric Heller, Attorney
Office of Chief Counsel, Internal Revenue Service
Small Business/Self-Employed Division Counsel
Mail Stop 8800
Chet Holifield Federal Building
24000 Avila Road
Laguna Niguel, CA 92677


Richard R. Ward, Chief
Civil Trial Section, Western Region
United States Department of Justice, Tax Division
555 4th Street N.W., Room 7907
Washington, D.C. 20001